STATE of Missouri, Respondent,

v.

Shyrus WOODS, Appellant.

No. ED 99017.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 19, 2013.

Lisa M. Stroup, St. Louis, MO, for Appellant.

Jason Steinmeyer, St. Louis, MO, for Respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Shyrus Woods ("Appellant") appeals from the trial court's judgment, following a jury trial, convicting him of first-degree robbery, in violation of Section 569.020, RSMo 2000, and armed criminal action, in violation of Section 571.015. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).

Dominic MAXWELL, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 99822.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 19, 2013.

Dominic Maxwell, Jefferson City, MO, pro se.

Chris Koster, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

**ORDER**

PER CURIAM.

Dominic Maxwell appeals the denial of his motion requesting a hearing to establish his reason for the untimely filing of his Rule 29.15 motion. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. We affirm. Rule 84.16(b)(5).